**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CYRIL OGBONNA &
DEBRA OGBONNA,

       Plaintiffs,

v.

                                              Case No. 09-13965

MACOMB COUNTY ET AL.,

                                              Honorable Arthur J. Tarnow

       Defendants.
                                        /

## ORDER CONDITIONALLY GRANTING PLAINTIFFS' APPLICATION FOR APPOINTMENT OF COUNSEL [16]

### and

## STAYING CASE PENDING APPOINTMENT OF PRO BONO COUNSEL

Before the Court is Plaintiffs' Application for Appointment of Counsel [16].

The Court notes that "[a]ppointment of counsel in a civil case is not a constitutional right." *See Lavado v. Keohane*, 992 F.2d 601, 605 (6th Cir. 1993). However, in its discretion, a court may appoint an attorney to represent any person unable to afford counsel, and here, Plaintiffs' affidavit demonstrates sufficient financial need to support the application. *See* 28 U.S.C. § 1915(e). Therefore,

**IT IS ORDERED** that this matter is referred to the Court's *pro bono* program for the appointment of counsel.

**IT IS FURTHER ORDERED** that Plaintiff's Application for Appointment of Counsel [16] is **CONDITIONALLY GRANTED**.

**IT IS FURTHER ORDERED** that if reasonable efforts to assign *pro bono* counsel are

1

unsuccessful, this matter will be returned to the Court's docket, and Plaintiffs may proceed *pro se*.

**IT IS FURTHER ORDERED THAT** further proceedings in this case are hereby **STAYED** pending whether counsel is appointed or Plaintiffs proceed *pro se*.

**SO ORDERED.**

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge

Dated: December 23, 2010

I hereby certify that a copy of the foregoing document was served upon Cyril Ogbonna, 431 North Main Street, Royal Oak, MI 48067 and counsel of record on December 23, 2010, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Relief Case Manager