# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CYRIL OGBONNA &
DEBRA OGBONNA,

       Plaintiffs,

v.

MACOMB COUNTY ET AL.,

       Defendants.

                                   /

Case No. 09-13965

Honorable Arthur J. Tarnow

## ORDER VACATING SHOW CAUSE ORDER [20]
## AND
## ORDER STAYING CASE

Before the Court is Plaintiff's Response [21] to the Court's Order to Show Cause [20]. The Court is satisfied that the case should not be dismissed at this time.

Plaintiff requests that he be given more time to obtain an attorney or gain legal advice. If an attorney is not obtained by May 9, 2011, Plaintiff will have the opportunity to proceed *pro se*.

Accordingly, the show-cause order is **VACATED**.

**IT IS ORDERED** that further proceedings in this case are hereby **STAYED** until **May 9, 2011.**

       **SO ORDERED**.


Dated April 22, 2011                S/ARTHUR J. TARNOW
                                               Arthur J. Tarnow
                                               Senior United States District Judge

2

I hereby certify that a copy of the foregoing document was served upon

Cyril Ogbonna
431 North Main Street
Royal Oak, MI 48067

Debra Ogbonna
431 North Main Street
Royal Oak, MI 48067

and counsel of record on April 22, 2011, by electronic and/or ordinary mail.

                              S/MICHAEL L. WILLIAMS
                              Relief Case Manager

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CYRIL OGBONNA &
DEBRA OGBONNA,

      Plaintiffs,

v.

                            Case No. 09-13965

MACOMB COUNTY ET AL.,

                            Honorable Arthur J. Tarnow

      Defendants.

_____/

### ORDER VACATING SHOW CAUSE ORDER [20]
### AND
### ORDER STAYING CASE

Before the Court is Plaintiff's Response [21] to the Court's Order to Show Cause [20]. The Court is satisfied that the case should not be dismissed at this time.

Plaintiff requests that he be given more time to obtain an attorney or gain legal advice. If an attorney is not obtained by May 9, 2011, Plaintiff will have the opportunity to proceed *pro se*.

Accordingly, the show-cause order is **VACATED**.

**IT IS ORDERED** that further proceedings in this case are hereby **STAYED** until **May 9, 2011.**


      **SO ORDERED**.


Dated April 22, 2011                S/ARTHUR J. TARNOW
                                             Arthur J. Tarnow
                                             Senior United States District Judge

2

I hereby certify that a copy of the foregoing document was served upon

Cyril Ogbonna
431 North Main Street
Royal Oak, MI 48067

Debra Ogbonna
431 North Main Street
Royal Oak, MI 48067

and counsel of record on April 22, 2011, by electronic and/or ordinary mail.

                                    S/MICHAEL L. WILLIAMS
                                    Relief Case Manager